UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BIENVENIDO CASTILLO,

Defendant.

---

Case No. 1:90-cv-00469 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 7, 2024, the Court appointed Federal Defender/CJA counsel to represent Defendant in connection with this Court's consideration of whether Defendant's sentence should be modified. Dkt. 38. The Court further ordered then-appointed counsel to make a submission no later than November 12, 2024, regarding the requested relief and appropriate next steps. *Id.* However, after the November 12, 2024 deadline passed, the Court was informed that then-appointed counsel was conflicted out of representation.

Accordingly, IT IS HEREBY ORDERED that CJA counsel David B. Anders, Esq., is appointed to represent Defendant in connection with this Court's consideration of whether Defendant's sentence should be modified. IT IS FURTHER ORDERED that Defendant's newly appointed counsel shall make a submission no later than January 3, 2025, regarding the requested relief and appropriate next steps. The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at his address, as stated on page 5 of Dkt. 36.

Dated: November 26, 2024
   New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge