# WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | JEANNEMARIE O'BRIEN | 51 WEST 52ND STREET | EMIL A. KLEINHAUS | EMILY D. JOHNSON |
| HERBERT M. WACHTELL | WAYNE M. CARLIN | NEW YORK, N.Y. 10019-6150 | KARESSA L. CAIN | JACOB A. KLING |
| EDWARD D. HERLIHY | STEPHEN R. DiPRIMA | | RONALD C. CHEN | RAAJ S. NARAYAN |
| DANIEL A. NEFF | NICHOLAS G. DEMMO | TELEPHONE: (212) 403-1000 | BRADLEY R. WILSON | VIKTOR SAPEZHNIKOV |
| STEVEN A. ROSENBLUM | IGOR KIRMAN | FACSIMILE: (212) 403-2000 | GRAHAM W. MELI | MICHAEL J. SCHOBEL |
| JOHN F. SAVARESE | JONATHAN M. MOSES | | GREGORY E. PESSIN | ELINA TETELBAUM |
| SCOTT K. CHARLES | T. EIKO STANGE | GEORGE A. KATZ (1965-1989) | CARRIE M. REILLY | ERICA E. AHO |
| JODI J. SCHWARTZ | WILLIAM SAVITT | JAMES H. FOGELSON (1967-1991) | MARK F. VEBLEN | LAUREN M. KOFKE |
| ADAM O. EMMERICH | GREGORY E. OSTLING | LEONARD M. ROSEN (1965-2014) | SARAH K. EDDY | ZACHARY S. PODOLSKY |
| RALPH M. LEVENE | DAVID B. ANDERS | | VICTOR GOLDFELD | RACHEL B. REISBERG |
| RICHARD G. MASON | ADAM J. SHAPIRO | OF COUNSEL | RANDALL W. JACKSON | MARK A. STAGLIANO |
| ROBIN PANOVKA | NELSON O. FITTS | | BRANDON C. PRICE | CYNTHIA FERNANDEZ |
| DAVID A. KATZ | JOSHUA M. HOLMES | ANDREW R. BROWNSTEIN    TREVOR S. NORWITZ | KEVIN S. SCHWARTZ | LUMERMANN |
| ILENE KNABLE GOTTS | DAVID E. SHAPIRO | MICHAEL H. BYOWITZ    ERIC S. ROBINSON | MICHAEL S. BENN | CHRISTINA C. MA |
| ANDREW J. NUSSBAUM | DAMIAN G. DIDDEN | KENNETH B. FORREST    ERIC M. ROSOF | ALISON Z. PREISS | NOAH B. YAVITZ |
| RACHELLE SILVERBERG | IAN BOCZKO | BEN M. GERMANA    MICHAEL J. SEGAL | TIJANA J. DVORNIC | BENJAMIN S. ARFA |
| STEVEN A. COHEN | MATTHEW M. GUEST | SELWYN B. GOLDBERG    WON S. SHIN | JENNA E. LEVINE | NATHANIEL D. CULLERTON |
| DEBORAH L. PAUL | DAVID E. KAHAN | PETER C. HEIN    DAVID M. SILK | RYAN A. McLEOD | ERIC M. FEINSTEIN |
| DAVID C. KARP | DAVID K. LAM | JB KELLY    ELLIOTT V. STEIN | ANITHA REDDY | ADAM L. GOODMAN |
| RICHARD K. KIM | BENJAMIN M. ROTH | JOSEPH D. LARSON    LEO E. STRINE, JR.* | JOHN L. ROBINSON | STEVEN R. GREEN |
| JOSHUA R. CAMMAKER | JOSHUA A. FELTMAN | LAWRENCE S. MAKOW    PAUL VIZCARRONDO, JR. | JOHN R. SOBOLEWSKI | MENG LU |
| MARK GORDON | ELAINE P. GOLIN | PHILIP MINDLIN    JEFFREY M. WINTNER | STEVEN WINTER | |
| | | THEODORE N. MIRVIS    AMY R. WOLF | | |
| | | DAVID S. NEILL    MARC WOLINSKY | | |

* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | ANGELA K. HERRING |
| SUMITA AHUJA | MICHAEL W. HOLT |
| HEATHER D. CASTEEL | DONGHWA KIM |
| FRANCO CASTELLI | MARK A. KOENIG |
| ANDREW J.H. CHEUNG | CARMEN X.W. LU |
| PAMELA EHRENKRANZ | J. AUSTIN LYONS |
| ALINE R. FLODR | ALICIA C. McCARTHY |
| KATHRYN GETTLES-ATWA | JUSTIN R. ORR |
| LEDINA GOCAJ | NEIL M. SNYDER |
| ADAM M. GOGOLAK | JEFFREY A. WATIKER |

Direct Dial: (212) 403-1307
Direct Fax: (212) 403-2307
E-Mail: DBAnders@wlrk.com

December 30, 2024

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Bienvenido Castillo*
      90-Cr-00469-JLR

Dear Judge Rochon:

      We represent Bienvenido Castillo, the defendant in the above-referenced case. We write to request a two-month extension to our January 3, 2025 filing deadline, until March 3, 2025, to allow us sufficient time to obtain certain records that we need in connection with our representation. James Mandilk, Assistant United States Attorney for the Southern District of New York, has consented to this proposed extension.

---

**Request GRANTED.** Defendant shall make a submission no later than March 3, 2025, regarding the requested relief and appropriate next steps.

Dated: January 2, 2025
New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

WACHTELL, LIPTON, ROSEN & KATZ

Honorable Jennifer L. Rochon
December 30, 2024
Page 2

  As the Court may recall, Mr. Castillo is currently incarcerated at Green Haven Correctional Facility for state and federal crimes committed in 1988, for which he was sentenced in New York Supreme Court in 1990, and in the Southern District of New York in 1991. On September 13, 2024, this Court received a letter from Mr. Castillo requesting the appointment of counsel in connection with his request for federal sentencing relief. On November 26, 2024, the Court appointed me to represent Mr. Castillo in connection with his request.

  Since my appointment, we have arranged multiple phone calls with Mr. Castillo to discuss his desired relief. We have come to understand, however, that Mr. Castillo's sentencing records are currently stored at off-site storage for the Southern District of New York and the New York Supreme Court. Because of the holidays and the fact that his files have not been digitized, the process of retrieving Mr. Castillo's federal and state records will take approximately five to six weeks. The retrieval is currently in process.

  We believe Mr. Castillo's state and federal sentencing records are relevant to his requested relief. As such, we are respectfully requesting an extension until March 3, 2025 while we await Mr. Castillo's sentencing records.

Very truly yours,

David B. Anders

Cc: AUSA James Mandilk