UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BIENVENIDO CASTILLO,

Defendant.

Case No. 1:90-cr-00469 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 3, 2025, Defendant Bienvenido Castillo filed a letter-motion for a sentencing reduction.  Dkt. 45.  To date, the Government has not filed a response to Defendant's motion or communicated with the Court.  No later than May 7, 2025, the Government shall respond to Defendant's letter-motion.

Dated:  April 23, 2025
          New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge