

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 29, 2025

> Letter Motion GRANTED. The Government shall file its response no later than **July 11, 2025.**
>
> Dated: April 30, 2025   SO ORDERED.
>    New York, New York
>
>   *Jennifer Rochon*
>   **JENNIFER L. ROCHON**
>   **United States District Judge**

**By ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1000

   Re:   *United States v. Bienvenido Castillo*, 90 Cr. 469 (JLR)

Dear Judge Rochon:

   The Government writes, on consent, to respectfully request an extension of time to respond to defendant Bienvenido Castillo's April 3, 2025, motion for sentencing relief (Dkt. 45).

   The Government is endeavoring to obtain records—including, among other things, records relating to the defendant's time in custody. Because the defendant is in state custody, the Government must obtain such records through New York's Freedom of Information Law. Given the need to obtain records and the age of the case, the Government respectfully requests an extension of time until July 11, 2025, to file its response.

   The requested schedule will not prejudice the defendant; as defense counsel has observed, regardless of the outcome of the defendant's motion, he "will spend—at minimum—the next seven ½ years completing th[e] state sentence." (Dkt. 45, at 4). Defense counsel consents to the requested adjournment.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney

          by: *James Mandilk*
              James G. Mandilk
              Assistant United States Attorney
              (212) 637-2453

cc:   Counsel of record (by ECF)